**Order entered September 14, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00411-CR
No. 05-20-00412-CR

**ZACHARY LOGAN VAUGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-47747-S & F19-47748-S**

**ORDER**

Before the Court is appellant's September 11, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on September 28, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE